IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-167-FL

| | | |
|---|---|---|
| MARTIN HUITRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONNIE WOOD; GILDA HERNANDEZ; and, JANETTE GARCIA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown as set forth in plaintiff's's memorandum of law in support of motion to dismiss without prejudice, plaintiff's motion is GRANTED. Plaintiff's claims against defendants Gilda Hernandez and Janette Garcia are DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 29² day of September, 2010.

_____
LOUISE W. FLANAGAN
Chief United States District Court Judge